# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANGELO FERGUSEN, A/K/A ANGELO FERGUSON,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 72837

FILED

APR 2 8 2017

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on April 13, 2017. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se motion for stay filed on April 24, 2017.

17-14226

cc: Hon. Adriana Escobar, District Judge
Angelo Fergusen
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk